THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 Department of
 Social Services, Respondent,
 v.
 Tiffany R. S.,
 Shun L. W., Aaron W., Charles F., Elisha W., John D., Richard R., Steven D.,
 and the minor children under the age of eighteen (18) years: Y.J.S. (D.O.B.
 10/07/96), T.Q.D.S. (D.O.B. 12/17/98), and Y.J. F. (D.O.B. 06/14/00), of whom
 Tiffany R. S. is Appellant.
 
 
 

Appeal From Spartanburg County
 Kellum W. Allen, Family Court Judge
Unpublished Opinion No.  2007-UP-413
Submitted October 1, 2007  Filed October
 5, 2007
AFFIRMED

 
 
 
 Sean  Giovannetti, of Spartanburg, for Appellant.
 Julie Rau and Tarita A. Dunbar, of Spartanburg, for Respondent.
 Michael Todd Thigpen, of Spartanburg, for Guardian ad Litem.
 
 
 

PER CURIAM: Tiffany R. S.
 appeals a family court order terminating her parental rights to her three minor
 children.  The court found her parental rights should be terminated on three
 grounds:  1) she failed to remedy the conditions that caused the removal of the
 children; 2) she had a diagnosable mental condition and it was unlikely the condition
 would change within a reasonable time; and 3) the children had been in foster
 care for at least fifteen of the last twenty-two months.  Additionally, the
 court found termination was in the best interest of the children.  After a thorough review of the record pursuant to Ex Parte Cauthen, 291 S.C.
 465, 354 S.E.2d 381 (1987), we affirm the
 family courts ruling and grant counsels petition to be relieved.
AFFIRMED.[1] 
HEARN, C.J., HUFF and KITTREDGE, J.J., concur.

[1]  We decide this case without oral argument
 pursuant to Rule 215, SCACR.